**David RICHARDSON, Appellant**

v.

**Jeffrey A. BEARD, Appellee.**

Supreme Court of Pennsylvania.

Dec. 19, 2008.

### *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of December, 2008, the order of the Commonwealth Court is hereby **AFFIRMED.**